

UNITED STATES BANKRUPTCY COURT       SOUTHERN DISTRICT OF TEXAS

ENTERED
09/13/2016

IN RE:

Terry W. Monkhouse

         (Debtor),

BANKRUPTCY CASE NUMBER
08-34753-H5-13

## ORDER TO PAY UNCLAIMED FUNDS

It appearing that the check made payable to American General Finance, in the amount of $458.33, was not charged against the bank account of the debtor, within the 90 day limit and an unclaimed money report was entered on 12/16/2013 to close the account and transfer the monies into the Registry of the Clerk, U.S. Bankruptcy Court, and

It further appearing that Resurgent Capital Services LP c/o Dilks & Knopik, LLC is now claiming the above monies in the petition attached hereto,

It is ORDERED that the Clerk of the U.S. Bankruptcy Court pay said sum of $458.33 to Resurgent Capital Services LP at the following address:

    Resurgent Capital Services LP
    C/o Dilks & Knopik, LLC
    35308 SE Center St,
    Snoqualmie, WA  98065

Dated: __SEP 1 3 2016__

_____
UNITED STATES BANKRUPTCY JUDGE

Unclaimed.fds
06/23/98